kmp7299/MM
Return Date & Time:
March 26, 2020 at 09:00 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Chapter 13 Case No: 20-10149
IN RE:

                                            NOTICE OF MOTION

Bobby H.J. Kim
*aka* Bobby H. Kim
*aka* Titan Real Estate Capital LLC
*aka* Star Bounc Inc.,

                        Debtor(s).
------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green New York, NY 10004, on March 26, 2020 at 09:00 AM , or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.


Date:   White Plains, New York
        March 5, 2020


                                        /s/ *Krista M. Preuss*
                                        KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
                                        399 KNOLLWOOD ROAD, STE 102
                                        WHITE PLAINS, NY 10603
                                        (914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13 Case No: 20-10149
IN RE:

Bobby H.J. Kim
*aka* Bobby H. Kim
*aka* Titan Real Estate Capital LLC
*aka* Star Bounc Inc.,

                                                                             APPLICATION
                             Debtor(s).
-----------------------------------------------------------X


TO THE HONORABLE, CECELIA G. MORRIS, CHIEF U.S. BANKRUPTCY JUDGE:


        KRISTA M. PREUSS, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

        1.      The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 22, 2020, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

        2.      This is the Debtor's first bankruptcy case.

        3.      The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

        a.   official Form B22C (CMI), Statement of Monthly Income and Disposable Income pursuant to 11 U.S.C. §521(a)(1)(B)(v);

        b.   complete schedules of assets and liabilities pursuant to 11 U.S.C. §521(a)(1)(B)(i);

        c.   schedules I and J pursuant to 11 U.S.C. §521(a)(1)(B)(ii);

        d.   statement of Financial Affairs pursuant to 11 U.S.C. §521(a)(1)(B)(iii); and

        e.   copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

        4.      Furthermore, the Debtor has failed to:

        a.   file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b);

        b.   appear and be examined at the Section 341 Meeting of Creditors as required by

11 U.S.C. §343;

c.  failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1);

d.  provide the Trustee a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i).

5.  The time limits set forth in Bankruptcy Rule 1007(c) have expired and no extension of time has been granted by the Court.

6.  The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7.  The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
March 5, 2020

/s/ *Krista M. Preuss*
Krista M. Preuss, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 13 Case No: 20-10149
IN RE:

Bobby H.J. Kim
*aka* Bobby H. Kim
*aka* Titan Real Estate Capital LLC
*aka* Star Bounc Inc.,

                                                                      CERTIFICATE OF SERVICE
                                                                               BY MAIL

                                    Debtor.
-----------------------------------------------------------X


          This is to certify that I, Meghan McCarthy , have this day served a true, accurate
and correct copy of the within Notice of Motion and Application by depositing a true copy thereof
enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State, addressed to each of the following persons at the
last known address set forth after each name:

Bobby H.J. Kim
130 Beekman St #5B
New York, NY 10038

Select Portfolio Servicing Inc.
For US Bank National Association
Shapiro, Dicaro & Barak, LLC
175  Mile Crossing Blvd
Rochester, NY 14624

John G. McCarthy, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019


This March 5, 2020

/s/Meghan McCarthy
Meghan McCarthy, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CHAPTER 13 CASE NO: 20-10149
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

**Bobby H.J. Kim aka Bobby H. Kim aka Titan Real Estate Capital LLC aka Star Bounc Inc.,**

Debtor(s).

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**