**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Bobby H.J. Kim

  aka   Bobby H. Kim
  aka   Titan Real Estate Capital LLC
  aka   Star Bound Inc.

CASE NO.: 20–10149–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx–xx–3627  35–2336921, 11–3394998

CHAPTER: 13

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Bobby H.J. Kim was dismissed from the case on August 14, 2020 .

Dated: August 14, 2020

Vito Genna
Clerk of the Court