**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Bobby H.J. Kim

aka   Bobby H. Kim
aka   Titan Real Estate Capital LLC
aka   Star Bound Inc.

CASE NO.: 20–10149–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx–xx–3627   35–2336921, 11–3394998

CHAPTER:  13

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: August 26, 2020

Cecelia G. Morris, Bankruptcy Judge