# Notice Recipients

District/Off: 0208−1       User:       Date Created: 8/26/2020

Case: 20−10149−cgm       Form ID: 128       Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Krista M. Preuss | info@ch13kp.com |
| aty | Krista M. Preuss | info@ch13kp.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Bobby H.J. Kim | 130 Beekman St. | #5B | New York, NY 10038 |

TOTAL: 1